# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

**JOSE BENITO VASQUEZ,**

    Plaintiff,

v.                                Civil Action No. 5:07-CV-366 (HL)

**PRISON HEALTH SERVICES, INC.,**

    Defendant.

_____

## ORDER

The Recommendation of United States Magistrate Judge Claude W. Hicks, Jr., entered July 13, 2009 (Doc. 38), in the above-captioned case is before the Court. Plaintiff has not filed written objections to the Recommendation, as permitted by 28 U.S.C. § 636(b)(1). The Court has reviewed the Recommendation and finds no clear error in the Magistrate Judge's decision. Accordingly, the Court accepts the Recommendation to grant Defendant Prison Health Service's Motion for Summary Judgment (Doc. 35).

**SO ORDERED**, this the 14th day of August, 2009.

                                         *s/ Hugh Lawson*
                                         **HUGH LAWSON, SENIOR JUDGE**

mbh